# Exhibit A

**Int. Cls.: 9, 13 and 25**

**Prior U.S. Cls.: 2, 9, 21, 26 and 39**

**Reg. No. 1,704,640**

**United States Patent and Trademark Office**    Registered Aug. 4, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## SMITH & WESSON

SMITH & WESSON CORP. (DELAWARE COR-PORATION)
2100 ROOSEVELT AVENUE
SPRINGFIELD, MA 01102

FOR: SUNGLASSES, IN CLASS 9 (U.S. CLS. 21 AND 26).
FIRST USE 8-1-1989; IN COMMERCE 8-1-1989.
FOR: HOLSTERS AND GUN CASES, IN CLASS 13 (U.S. CLS. 2 AND 9).
FIRST USE 1-7-1974; IN COMMERCE 1-7-1974.

FOR: CLOTHING; NAMELY, BELTS, TIES, T-SHIRTS, AND SWEATSHIRTS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 1-1-1980; IN COMMERCE 1-1-1980.

OWNER OF U.S. REG. NOS. 95,164, 1,511,511 AND OTHERS.

SER. NO. 74-151,163, FILED 3-25-1991.

CONNIE M. JUDGE, EXAMINING ATTORNEY

**Int. Cl.: 8**

**Prior U.S. Cls.: 23, 28 and 44**

**Reg. No. 3,516,271**

**United States Patent and Trademark Office**    Registered Oct. 14, 2008

**TRADEMARK**
**PRINCIPAL REGISTER**

# SMITH & WESSON

SMITH & WESSON CORP. (DELAWARE COR-
PORATION)
2100 ROOSEVELT AVENUE
SPRINGFIELD, MA 01102

FOR: HUNTING KNIVES; KNIVES; KNIVES FOR
HOBBY USE; LEATHER SHEATHS FOR KNIVES;
POCKET KNIVES; SPORT KNIVES, IN CLASS 8 (U.S.
CLS. 23, 28 AND 44).

FIRST USE 0-0-1990; IN COMMERCE 0-0-1990.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,069,977, 1,704,640,
AND 3,169,365.

SER. NO. 77-427,469, FILED 3-20-2008.

MICHAEL ENGEL, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# SMITH & WESSON

**Reg. No. 5,176,152**

**Registered Apr. 04, 2017**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Smith & Wesson Corp. (DELAWARE CORPORATION)
2100 Roosevelt Avenue
Springfield, MA 01104

CLASS 25: Footwear

FIRST USE 1-1-2011; IN COMMERCE 1-1-2011

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 1511511, 0095164, 1069977

SER. NO. 87-155,170, FILED 08-30-2016
JOHN M KELLY, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# SMITH & WESSON

**Reg. No. 7,177,014**

**Registered Sep. 26, 2023**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Smith & Wesson Inc.  (DELAWARE CORPORATION)
2100 Roosevelt Avenue
Springfield, MASSACHUSETTS 01104

CLASS 25: Polo shirts

FIRST USE 8-31-2021; IN COMMERCE 8-31-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-842,754, FILED 07-22-2021



Director of the United States
Patent and Trademark Office



Int. Cls.: 6, 9, 13, 18, 25 and 26

Prior U.S. Cls.: 3, 9, 13, 26, 39 and 40

**United States Patent and Trademark Office**

Reg. No. 1,724,977

Registered Oct. 20, 1992

## TRADEMARK
### PRINCIPAL REGISTER



SMITH & WESSON CORP. (DELAWARE COR-
PORATION)
2100 ROOSEVELT AVENUE
SPRINGFIELD, MA 01102

FOR: HANDCUFFS, IN CLASS 6 (U.S. CL. 13).
FIRST USE 3-10-1981; IN COMMERCE 3-10-1981.
FOR: SUNGLASSES AND EAR COVERS FOR HEARING PROTECTION, IN CLASS 9 (U.S. CL. 26).
FIRST USE 8-1-1989; IN COMMERCE 8-1-1989.
FOR: FIREARMS; NAMELY, HANDGUNS, REVOLVERS, PISTOLS, GUN CASES, HOLSTERS AND POUCHES FOR AMMUNITION AND SHOOTING ACCESSORIES, IN CLASS 13 (U.S. CL. 9).
FIRST USE 1-29-1878; IN COMMERCE 1-29-1878.

FOR: TRAVEL BAGS, IN CLASS 18 (U.S. CL. 3).
FIRST USE 1-1-1989; IN COMMERCE 1-1-1989.
FOR: TIES, VESTS, JACKETS, T-SHIRTS, SWEATSHIRTS AND SWEATERS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 1-1-1980; IN COMMERCE 1-1-1980.
FOR: DECORATIVE CLOTH PATCHES , IN CLASS 26 (U.S. CL. 40).
FIRST USE 1-1-1980; IN COMMERCE 1-1-1980.
OWNER OF U.S. REG. NOS. 93,766, 1,127,835 AND OTHERS.

SER. NO. 74-094,310, FILED 8-31-1990.

ROBERT C. CLARK JR., EXAMINING ATTORNEY

Int. Cls.: **13, 18, 21, 25, and 26**

Prior U.S. Cls.: **2, 3, 9, 33, 39, and 40**

Reg. No. 1,757,500

# United States Patent and Trademark Office    Registered Mar. 9, 1993

## TRADEMARK
### PRINCIPAL REGISTER



SMITH & WESSON CORP. (DELAWARE COR-
PORATION)
2100 ROOSEVELT AVENUE
SPRINGFIELD, MA 01102

FOR: HOLSTERS, IN CLASS 13 (U.S. CL. 9).
FIRST USE 7–1–1990; IN COMMERCE
7–1–1990.
FOR: LEATHER PRODUCTS; NAMELY,
WALLETS, IN CLASS 18 (U.S. CL. 3).
FIRST USE 5–1–1992; IN COMMERCE
5–1–1992.
FOR: GLASSWARE; NAMELY, DRINKING
GLASSES AND MUGS, IN CLASS 21 (U.S. CLS.
2 AND 33).
FIRST USE 8–30–1990; IN COMMERCE
8–30–1990.

FOR: BELTS, MADE OF LEATHER, FABRIC
OR SYNTHETIC MATERIALS, IN CLASS 25
(U.S. CL. 39).
FIRST USE 5–1–1990; IN COMMERCE
5–1–1990.
FOR: BELT BUCKLES NOT MADE OF PRE-
CIOUS METAL, IN CLASS 26 (U.S. CL. 40).
FIRST USE 1–1–1989; IN COMMERCE
1–1–1989.
OWNER OF U.S. REG. NOS. 93,766, 1,127,835,
AND OTHERS.

SN 74–094,386, FILED 8–27–1990.

ROBERT C. CLARK JR., EXAMINING ATTOR-
NEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,009,364**
**Registered Aug. 9, 2011**

**Int. Cl.: 8**

**TRADEMARK**

**PRINCIPAL REGISTER**

SMITH & WESSON CORP. (DELAWARE CORPORATION)
2100 ROOSEVELT AVENUE
SPRINGFIELD, MA 01102

FOR: HUNTING KNIVES; KNIVES; KNIVES FOR HOBBY USE; LEATHER SHEATHS FOR KNIVES, POCKET KNIVES; SPORT KNIVES, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 12-31-1972; IN COMMERCE 12-31-1972.

OWNER OF U.S. REG. NOS. 1,704,640, 3,516,271 AND OTHERS.

THE MARK CONSISTS OF A CIRCLE CONTAINING THE STYLIZED LETTERS "S" AND "W" FLANKED BY TWO STAR SHAPES.

SER. NO. 85-215,078, FILED 1-11-2011.

MARK SPARACINO, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,299,394**

**Registered Oct. 03, 2017**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Smith & Wesson Corp. (DELAWARE CORPORATION)
2100 Roosevelt Avenue
Springfield, MASSACHUSETTS 01104

CLASS 25: Footwear

FIRST USE 1-1-2011; IN COMMERCE 1-1-2011

The mark consists of "S&W" in a stylized depiction, with four-pointed stars on each side, and all of the foregoing surrounded by a circle

OWNER OF U.S. REG. NO. 4836860, 1073794, 1757500

SER. NO. 87-155,184, FILED 08-30-2016



*Joseph Matol*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,177,016**

**Registered Sep. 26, 2023**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Smith & Wesson Inc.  (DELAWARE CORPORATION)
2100 Roosevelt Avenue
Springfield, MASSACHUSETTS 01104

CLASS 25: Polo shirts

FIRST USE 8-31-2021; IN COMMERCE 8-31-2021

The mark consists of "S&W" in a stylized depiction, with four-pointed stars on each side, and all of the foregoing surrounded by a circle.

OWNER OF U.S. REG. NO. 1724977, 1757500, 4009364

SER. NO. 90-842,804, FILED 07-22-2021




Director of the United States
Patent and Trademark Office



**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 3,529,362**

## United States Patent and Trademark Office

Registered Nov. 4, 2008

## TRADEMARK
### PRINCIPAL REGISTER

PROTECTED BY SMITH & WESSON

SMITH & WESSON CORP (DELAWARE COR-
PORATION)
2100 ROOSEVELT AVENUE
SPRINGFIELD, MA 01102

FOR: CLOTHING, NAMELY, MEN'S AND WO-
MEN'S CLOTHING, NAMELY, T-SHIRTS, CAPS,
HATS, SWEATSHIRTS, SWEATPANTS, FLEECE
TOPS AND BOTTOMS, SHORTS, TANK TOPS,
SWEATERS, PANTS, JACKETS, TURTLENECKS,
JUMPSUITS, JERSEYS, SHOES, BOOTS AND SNEA-
KERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-1-2006; IN COMMERCE 10-1-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 95,164 AND 1,704,640.

SN 78-980,645, FILED 6-28-2006.

KATHLEEN M. VANSTON, EXAMINING ATTOR-
NEY



# United States of America
## United States Patent and Trademark Office

## PROTECTED BY SMITH & WESSON

**Reg. No. 3,875,073**
**Registered Nov. 9, 2010**

**Int. Cl.: 6**

**TRADEMARK**

**PRINCIPAL REGISTER**

SMITH & WESSON CORP (DELAWARE CORPORATION)
2100 ROOSEVELT AVENUE
SPRINGFIELD, MA 01102

FOR: NON-LUMINOUS, NON-MECHANICAL METAL SIGNS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 6-30-2010; IN COMMERCE 6-30-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 95,164 AND 1,704,640.

SN 78-919,216, FILED 6-28-2006.

KATHLEEN M. VANSTON, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# M&P

**Reg. No. 4,194,679**
**Registered Aug. 21, 2012**

**Int. Cl.: 13**

**TRADEMARK**

**PRINCIPAL REGISTER**

SMITH & WESSON CORP. (DELAWARE CORPORATION)
2100 ROOSEVELT AVENUE
SPRINGFIELD, MA 01102

FOR: FIREARMS, IN CLASS 13 (U.S. CLS. 2 AND 9).

FIRST USE 1-24-2005; IN COMMERCE 1-24-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,336,344, 3,392,903, AND 3,697,138.

SER. NO. 85-520,139, FILED 1-19-2012.

DAWN HAN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# M&P

**Reg. No. 5,082,380**

**Registered Nov. 15, 2016**

**Int. Cl.: 13, 18**

**Trademark**

**Principal Register**

Smith & Wesson Corp. (DELAWARE CORPORATION)
2100 Roosevelt Avenue
Springfield, MA 01104

CLASS 13: Handgun cases; firearm slings; rifle cases; gun rugs in the nature of gun cases; firearm tactical cases; range bags especially adapted to carry firearms and munitions to gun ranges

FIRST USE 12-31-2012; IN COMMERCE 12-31-2012

CLASS 18: Duffle bags; day backpacks; messenger bags; backpacks; shoulder haul bags; equipment bags, namely, all purpose sport bags; traveling bags; sling bags; clutch bags

FIRST USE 12-31-2012; IN COMMERCE 12-31-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4605632, 4194679, 4692618

SER. NO. 87-066,503, FILED 06-09-2016
CHRISTINA SOBRAL, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,605,622**
**Registered Sep. 16, 2014**

**Int. Cl.: 8**

**TRADEMARK**

**PRINCIPAL REGISTER**

SMITH & WESSON CORP. (DELAWARE CORPORATION)
2100 ROOSEVELT AVENUE
SPRINGFIELD, MA 01104

FOR: KNIVES; TACTICAL KNIVES, HUNTING KNIVES AND SPORT KNIVES, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 1-1-2009; IN COMMERCE 1-1-2009.

OWNER OF U.S. REG. NOS. 3,336,344, 3,697,138, AND 4,194,679.

THE MARK CONSISTS OF THE CAPITAL LETTERS M AND P WHICH ARE CONNECTED WITH AN AMPERSAND SYMBOL CENTERED IN THE MIDDLE OVERLAPPING BOTH LETTERS.

SER. NO. 86-249,465, FILED 4-11-2014.

DAVID HOFFMAN, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,605,623**

**Registered Sep. 16, 2014**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

SMITH & WESSON CORP. (DELAWARE CORPORATION)
2100 ROOSEVELT AVENUE
SPRINGFIELD, MA 01104

FOR: EYEWEAR, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-19-2008; IN COMMERCE 3-19-2008.

OWNER OF U.S. REG. NOS. 3,336,344, 3,697,138, AND 4,194,679.

THE MARK CONSISTS OF THE CAPITAL LETTERS "M" AND "P" WHICH ARE SIDE BY SIDE AND PARALLEL WITH AN AMPERSAND SYMBOL CENTERED IN THE MIDDLE OVERLAPPING BOTH LETTERS.

SER. NO. 86-249,479, FILED 4-11-2014.

DAVID HOFFMAN, EXAMINING ATTORNEY



Michelle K. Lee

**Deputy Director of the United States
Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,775,221**

**Registered July 21, 2015**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

SMITH & WESSON CORP. (DELAWARE CORPORATION)
2100 ROOSEVELT AVENUE
SPRINGFIELD, MA 01104

FOR: HATS, VISORS, CAPS, FOOTWEAR, LONG SLEEVE T-SHIRTS, SHORT SLEEVE T-SHIRTS, SWEATSHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-14-2007; IN COMMERCE 2-14-2007.

OWNER OF U.S. REG. NOS. 3,336,344, 3,697,138, AND 4,194,679.

THE MARK CONSISTS OF THE CAPITAL LETTERS "M" AND "P" WHICH ARE SIDE BY SIDE AND PARALLEL WITH AN AMPERSAND SYMBOL CENTERED IN THE MIDDLE OVERLAPPING BOTH LETTERS.

SER. NO. 86-249,494, FILED 4-11-2014.

DAVID HOFFMAN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,177,015**

**Registered Sep. 26, 2023**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Smith & Wesson Inc.  (DELAWARE CORPORATION)
2100 Roosevelt Avenue
Springfield, MASSACHUSETTS 01104

CLASS 25: Polo shirts

FIRST USE 9-30-2021; IN COMMERCE 9-30-2021

The mark consists of the capital letters M and P which are side by side and parallel with an ampersand symbol centered in the middle overlapping both letters.

OWNER OF U.S. REG. NO. 4605624, 4605625, 4775221

SER. NO. 90-842,783, FILED 07-22-2021



**Director of the United States
Patent and Trademark Office**



# United States of America

## United States Patent and Trademark Office



by Smith&Wesson

**Reg. No. 4,835,034**

**Registered Oct. 20, 2015**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

SMITH & WESSON CORP. (DELAWARE CORPORATION)
2100 ROOSEVELT AVENUE
SPRINGFIELD, MA 01104

FOR: DUFFLE BAGS; DAY BACKPACKS; MESSENGER BAGS; BACKPACKS; ATTACHE CASES; SHOULDER HAUL BAGS; EQUIPMENT BAGS, NAMELY, ALL PURPOSE SPORTS BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-1-2013; IN COMMERCE 1-1-2013.

OWNER OF U.S. REG. NOS. 3,697,138, 4,194,679, AND 4,605,622.

THE MARK CONSISTS OF THE CAPITAL LETTERS "M" AND "P" WHICH ARE SIDE BY SIDE AND PARELLEL WITH AN AMPERSAND SYMBOL CENTERED IN THE MIDDLE OVERLAPPING BOTH LETTERS WHICH IS LOCATED ABOVE THE WORDS "BY SMITH & WESSON". THE WORDS "BY SMITH & WESSON" ARE IN A SMALLER SIZE AND FONT THAN THE "M&P".

SER. NO. 86-448,620, FILED 11-7-2014.

KELLY TRUSILO, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# M&P SHIELD

**Reg. No. 7,380,855**

**Registered May 07, 2024**

**Int. Cl.: 8**

**Trademark**

**Principal Register**

Smith & Wesson Inc.  (DELAWARE CORPORATION)
2100 Roosevelt Avenue
Springfield, MASSACHUSETTS 01104

CLASS 8: Knives for hobby use; Folding knives; Hunting knives; Pocket knives; Sport knives; Utility knives

FIRST USE 4-1-2018; IN COMMERCE 4-1-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4605622, 6166629, 4997903

SER. NO. 98-201,702, FILED 09-28-2023





Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# M2.0

**Reg. No. 5,780,563**

**Registered Jun. 18, 2019**

**Int. Cl.: 8**

**Trademark**

**Principal Register**

Smith & Wesson Corp.  (DELAWARE CORPORATION)
2100 Roosevelt Avenue
Springfield, MASSACHUSETTS 01104

CLASS 8: Knives; hunting knives; fishing knives; knives for hobby use; leather sheaths for knives; tactical knives; pocket knives; cutlery; sport knives; utility knives; pen knives; folding knives; fixed blade knives; hatchets; machetes

FIRST USE 2-26-2018; IN COMMERCE 2-26-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-190,885, FILED 11-12-2018



Director of the United States
Patent and Trademark Office

Int. Cl.: 13

Prior U.S. Cl.: 9

Reg. No. 1,849,219

United States Patent and Trademark Office    Registered Aug. 9, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## BODYGUARD

SMITH & WESSON-CORP. (DELAWARE COR-
PORATION)
2100 ROOSEVELT AVENUE
SPRINGFIELD, MA 011022208

FOR: FIREARMS, IN CLASS 13 (U.S. CL. 9).

FIRST USE 12-1-1993; IN COMMERCE
12-1-1993.

SN 74-345,044, FILED 1-4-1993.

SARAH LEE, EXAMINING ATTORNEY